IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-CR-291 RWS/JMB |
| | ) |
| DEANDRE MOOORE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S  REQUEST FOR THE ISSUANCE OF FIVE SUBPOENAS**

COMES NOW Defendant DEANDRE MOORE, through his attorney of record Andrea L. Smith, and requests this Court to direct the Clerk's Office to prepare and issue five subpoenas for defense counsel's use for the purpose of obtaining witness testimony and/or documents or other items that Mr. Moore needs in the investigation of his case and for the preparation and filing of his pre-trial motions, the due date of which is currently November 8, 2019.

Respectfully submitted,

/s/   Andrea L. Smith
ANDREA L. SMITH #61446MO
715 West Rosehill Ave.
Kirkwood, Missouri  63122
Telephone:  (314) 822-2735
Fax:  (314) 822-1402
E-mail: andreasmithesq@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2019 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Paul D'Agrosa.

                                                    /s/ Andrea L. Smith  
                                                  ANDREA L. SMITH #61446MO